STATE OF NEW JERSEY v. GILBERT GADSON.

May 28, 1980.

Petition for certification denied.

VERA H. O'REILLY v. CHARLES E. MILLER.

May 28, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. WILLIE PHILLIPS, JR.

May 28, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. BERNARD LAUFGAS.

May 28, 1980.

Petition for certification denied.